IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR192-1 |
| | : | |
| LATREVIUS KEWAUN LUCK | : | |

The Grand Jury charges:

On or about March 23, 2024, in the County of Randolph, in the Middle District of North Carolina, LATREVIUS KEWAUN LUCK knowingly did possess in and affecting commerce a firearm, that is, a TNW Inc. multi caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: May 28, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

FOREPERSON